446 A.2d 668

Commonwealth v. Calicat a/k/a Calicut, Appellant.

Submitted June 13, 1980.   Ronald F. O'Driscoll, Jr., Assistant Public Defender, for appellant;  Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

The order entered November 10, 1977, is affirmed on the comprehensive opinion of the Honorable Frederick B. Smillie.

446 A.2d 668

Commonwealth v. Fish, Appellant.
Petition for Allowance of Appeal Denied Nov. 5, 1982.

Argued January 26, 1982.   Cyril Daniel Higgins, Assistant Public Defender, for appellant;  James F. Marsh, District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.